United States Bankruptcy Court
For The Western District Of Texas
Austin Division

In Re:

Osborne, Raquel T.   §   Case No. 18-11037-tmd

Debtor   §   Chapter 7

## Application For Deposit Of Small/Unclaimed Dividends

The undersigned Trustee Reports:

_____ The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is in an amount less than the amount specified in Bankruptcy Rule 3010.

  xxx   The amount payable to the creditor(s) listed on Exhibit "A" remains unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned Trustee remits herewith his check in the amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: March 17, 2021

John Patrick Lowe, Trustee
2402 East Main Street
Uvalde, Texas 78801
(830) 407-5115
(830) 407-5117
email: pat.lowe.law@gmail.com

## EXHIBIT "A"
## SMALL/UNCLAIMED DIVIDENDS

| NAME AND ADDRESS | AMOUNT |
|---|---|
| RAQUEL T. OSBORNE<br>3195 DOWLEN RD., SUITE 101-313<br>BEAUMONT, TX 77706 | $20,518.31 |
| TOTAL | $20,518.31 |



2